*ORIGINAL*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| KEITH LAWRENCE MIDDLEBROOK | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2 MJ 01341

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13 through March 24, 2020__ in the county of __Los Angeles__ in the __Central District__ District of __California__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | ATTEMPTED FRAUD BY WIRE, RADIO, AND TELEVISION |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Madison MacDonald
*Printed name and title*

☐ Sworn to before me and signed in my presence.

Date: __3/25/2020 at 4 pm.__

_____
*Judge's signature*

City and state: __Los Angeles, California__

Honorable John E. McDermott
*Printed name and title*

LODGED

MAR 25 PM 2:29

## AFFIDAVIT

I, Madison MacDonald, having been duly sworn, hereby declare as follows:

### I. INTRODUCTION

1.  I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 2018. I am currently assigned a Los Angeles Field Division, White Collar Crimes Squad, which is responsible for investigating financial institution fraud, including bank fraud and wire fraud. Since joining the FBI in 2018, I have received 22 weeks of formal training at the FBI Training Academy in Quantico, Virginia. Prior to being employed by the FBI, I served as a Special Agent with the Arizona Attorney General's Office for four years, where I was assigned to the Major Fraud Unit and was responsible for conducting and participating in numerous investigations of fraudulent schemes and artifices, thefts, and forgeries.

### II. PURPOSE OF AFFIDAVIT

2.  This affidavit is made in support of an application for an arrest warrant and a criminal complaint against Keith Lawrence Middlebrook (Year of Birth: 1967; Social Security No. XXX-XX-1638)(hereinafter "MIDDLEBROOK") for a violation of Title 18, United States Code, Section 1349 (attempted wire fraud).

3.  The facts and information contained in this affidavit are based upon my personal knowledge, training, and experience; information I obtained from other federal law enforcement officers and investigative personnel; and information I obtained

1

from reports of interviews and surveillance, analysis of such reports, and other investigative intelligence. All observations that were not made by me were relayed to me by the person who made such observations or who obtained or analyzed such information. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. <u>SUMMARY OF INVESTIGATION</u>

4.   Based on my investigation as described more fully below, there is probable cause to believe that MIDDLEBROOK is engaging in a scheme to defraud victim-investors by falsely promising enormous returns on the monetary investments he is soliciting in his company, Quantum Prevention CV Inc. (hereinafter "QP20"), which MIDDLEBROOK falsely claims has developed a patent-pending cure for the COVID-19 virus and a treatment that prevents a person from being infected by the COVID-19 virus. MIDDLEBROOK is promoting his "cure" and his preventative treatment on the Internet and communicating with potential victim-investors through interstate e-mails.

5.   In furtherance of his fraudulent scheme, MIDDLEBROOK posted a series of videos and written statements on his Instagram page, in which he represented that he had developed a liquid that, when injected, would cure an individual who had contracted the COVID-19 virus within 24 hours. In addition, the posts on MIDDLEBROOK's Instagram page assert that MIDDLEBROOK has developed a pill that, when ingested, will prevent an

individual from contracting the COVID-19 virus.  MIDDLEBROOK has made similar statements on videos posted to YouTube.

6.    MIDDLEBROOK solicits investors to provide substantial funds for working capital for his corporation, QP20, a non-existent entity that MIDDLEBROOK falsely claims is incorporated in Nevada, and which MIDDLEBROOK promises will be used to mass produce and market the pill he claims will prevent an individual from contracting COVID-19.  COVID-19, or coronavirus disease 2019, is a respiratory illness currently spreading through person-to-person contact throughout the world.  MIDDLEBROOK provided potential investors wiring instructions to enable the investors to wire funds to MIDDLEBROOK's Bank of America and JPMorgan Chase accounts located in Los Angeles, California, and promised that, upon receipt of wired investment funds into his bank accounts, he would immediately issue shares in both QP20 and in another alleged corporation, Quantum Cure CV 2020 Inc. ("QC20"), which MIDDLEBROOK claimed had developed a patent-pending injectable serum that would "cure" those who had already contracted COVID-19 within 48 to 72 hours after injection.

## IV.   STATEMENT OF PROBABLE CAUSE

### A.   BACKGROUND

7.    I have reviewed California Department of Motor Vehicles ("DMV") records relevant to MIDDLEBROOK and learned the following:

a.    I have seen the picture associated with MIDDLEBROOK's driver's license and am thus familiar with his appearance.

3

b.   MIDDLEBROOK uses a residential address on
Wilshire Boulevard in the Westwood neighborhood of Los Angeles,
and, as of March 5, 2020, a mailing address of 1048 Irvine
Avenue, #1062, Newport Beach, California 92660, and an
additional mailing address on Wilshire Boulevard in Santa
Monica, California.  I have checked open-source information and
confirmed that the Newport Beach address is a UPS Store.

8.   I have reviewed wireless subscriber information from
AT&T regarding an account held by MIDDLEBROOK, which was opened
on or around July 23, 2018.  The phone number associated with
MIDDLEBROOK's account is (858) 275-4488 (the "4488 number").
The address associated with MIDDLEBROOK's wireless account with
AT&T is the Newport Beach address, above. The home email address
associated with MIDDLEBROOK's account is fico911@gmail.com.

9.   I have reviewed MIDDLEBROOK's Instagram page and
records from Facebook regarding said page and learned the
following:

a.   MIDDLEBROOK is the subscriber for the page that
can be accessed at
https://www.instagram.com/keithmiddlebrook/?hl=en
("MIDDLEBROOK's Instagram page").  According to subscriber
records which I reviewed, MIDDLEBROOK's Instagram account was
created on July 8, 2013.  The verified phone number associated
with MIDDLEBEROOK's Instagram account is the 4488 Number. The
registered email address is keithactor@gmail.com.

b.   MIDDLEBROOK's Instagram page displays numerous
photos and videos.  I have reviewed the photos and videos on the

4

Instagram page and determined that the person who appears in these photos and videos is the same person who is depicted in MIDDLEBROOK's DMV photo.

   c.   On or before March 24, 2020, MIDDLEBROOK described himself on his Instagram page as "Real Iron Man, Genius Entrepreneur Icon, Cleaner to the Pros, Speaker, 800 Scores Business Real Estate, Actor Writer Producer Reverse Aging Technology." On or around March 24, 2020, MIDDLEBROOK's description on his Instagram page read as follows: "Real Iron Man, Genius Entrepreneur, <u>Inventor: COVID19 Immunity & Coronavirus Cure</u>, Speaker, 800 Scores Business Real Estate, Actor, Reverse Aging Inc." [emphasis added].

   d.   As of March 24, 2020, MIDDLEBROOK had approximately 2.4 million followers of his Instagram page.

   e.   MIDDLEBROOK's Instagram page contains a link to the website "keithmiddlebrookprosports.com" that displays numerous photos. I have viewed the photos on this website and determined that the person who appears in these photos is the same as the person depicted in MIDDLEBROOK's DMV photo. In the "Contact" section of the website, one email address listed for "directly" contacting MIDDLEBROOK is "KMProsports@gmail.com."

   10.   MIDDLEBROOK maintains at least three Gmail email accounts with Google relevant to this investigation.

   a.   I have reviewed subscriber information regarding MIDDLEBROOK's first Gmail email, fico911@gmail.com. This Gmail email account was created on September 3, 2007. The account's recovery email was listed as keithmiddlebrookbrand@gmail.com and

the recovery Short Message Service ("SMS") the 4488 Number.
According to Google records, this email address was last logged
into on March 19, 2020.

      b.   I have reviewed subscriber information regarding
MIDDLEBROOK's second Gmail email account kmprosports@gmail.com
This Gmail email account was created on November 7, 2017.  The
account's recovery email was listed as fico911@gmail.com, and
the recovery SMS was the 4488 Number.

      c.   I have reviewed subscriber information regarding
MIDDLEBROOK's third Gmail email account, qcc20@gmail.com.  This
Gmail email account was created on March 19, 2020.  The
account's recovery email was listed as fico911@gmail.com, and the
recovery SMS was the 4488 Number.

      d.   Based on my investigation, I know that emails
sent via Gmail travel by wire transmission via locations outside
of California.

    11.   MIDDLEBROOK has an account with YouTube that enables
him to maintain a channel and upload videos to the Internet.
The channel can be accessed at:
http://www.youtube.com/channel/UCdv-BxfNfaRPAisqSSIhXOA. I have
reviewed the subscriber information regarding MIDDLEBROOK's
YouTube account and learned that MIDDLEBROOK created the account
on November 7, 2017, and the email listed when the account was
created was kmprosports@gmail.com.

    **B.   ORIGIN OF INVESTIGATION**

    12.   On or about March 13, 2020, San Diego FBI Special
Agent Raymond Pitesky received information from a cooperating

witness (CW-1), who resides in Orlando, Florida, regarding
MIDDLEBROOK. CW-1 provided information about MIDDLEBROOK to the
FBI in connection with a separate investigation and prosecution
of MIDDLEBROOK in the Southern District of California, <u>United
States of America v. Keith Middlebrook</u>, Case No. 14-CR-2950-H.
(This case was dismissed without prejudice based on a Speedy
Trial Act violation and not refiled.)[1]

13. According to Special Agent Pitesky, CW-1 reported that
MIDDLEBROOK was soliciting investments to fund the mass
production of a vaccination that could cure COVID-19. According
to CW-1, MIDDLEBROOK offered CW-1 a percentage or finder's fee
for any investors he referred to MIDDLEBROOK. CW-1 provided
Special Agent Pitesky with the 4488 Number which he identified
as MIDDLEBROOK's telephone number.

### C. MIDDLEBROOK'S SOLICITATIONS AND ADVERTISEMENTS OF A PURPORTED COVID-19 PREVENTION AND CURE ON INSTAGRAM AND YOUTUBE

14. Based on my investigation, I know that MIDDLEBROOK has
made multiple statements, both in writing and in posted videos
on his Instagram and YouTube pages, touting his purported

---

[1] In 2006, CW-1 was indicted on charges of violating 18 U.S.C. §§
371 (conspiracy), 1343 and 1349 (wire fraud and attempted wire
fraud), and 15 U.S.C. § 78j(b) and ff (securities fraud), in the
United States District Court for the District of Columbia,
arising from a telemarketing and securities fraud matter. CW-1
pleaded guilty to violations of 18 U.S.C. §§ 371 and 1343, and
was sentenced to 60 months' probation including 8 months in a
halfway house. In addition, CW-1 has informed Special Agent
Pitesky that he was arrested in Florida in June 2019 on state
charges of impersonating an attorney but that he believes the
district attorney who filed these charges did so improperly. As
of the filing of this affidavit, I have not been able to verify
CW-1's statements or establish the status of any such
proceedings.

injectable cure and prevention pills for COVID-19.   MIDDLEBROOK
has also made statements to two individuals to the same effect,
both over the telephone and in writing via emails.

       a.   On March 13, 2020, MIDDLEBROOK posted a video
titled "Keith Middlebrook on the truth about the Media,
CoronaVirus and Secrets of Success" on his YouTube channel,
which can be viewed at
https://www.youtube.com/watch?v=wjo_H_KTMFI.

       i.   As of March 23, 2020, according to the page,
MIDDLEBROOK's YouTube channel had 13,600 subscribers, and the
video had been viewed 6,212 times.

       ii.   In addition, the following statement appears
below the video:

> Keith Middlebrook aka The Real Iron Man breaks down
> the truth about the CoronaVirus and Secrets to
> Success. The Mainstream Media FEAR (False
> Entertainment Appearing Real) will use FEAR to Destroy
> a Great Economy, People, Families and Businesses.
> FACT: There is 1 Centillionth (.00000000001) of a
> chance of the Average person in America getting and
> dying of the CoronaVirus. * Minerals, Protein and
> Alkaline Water are the Super Secret to having and
> maintaining Incredible Health. * This Video will be
> ReShot, Keith has the Vaccine to the cure the
> CoronaVirus not Trump. Donald Trump will be signing
> the Accelerated Public Release of Keith's cure and
> Prevention. Much More to come, stay tuned. * Follow
> Instagram @KeithMiddlebrook *
> KeithMiddlebrookProSports.com * Follow YouTube / Keith
> Middlebrook * Follow Twitter @4kmiddlebrook1 Keith
> Middlebrook aka The Real Iron Man Keith Middlebrook
> Net Worth 2020 $30 Million Keith Middlebrook
> Enterprise Net Worth 2020 $1 Billion

       b.   On March 16, 2020, at approximately 1:30 p.m.,
Special Agent Pitesky and I contacted CW-1 telephonically to
discuss the investment solicitation MIDDLEBROOK made to CW-1.

i.    CW-1 provided Special Agent Pitesky with numerous screenshots of text messages between himself and MIDDLEBROOK relating to both credit repair and MIDDLEBROOK's purported COVID-19 cure, which I viewed.  Regarding COVID-19, on or around March 16, 2020, MIDDLEBROOK sent CW-1 a text containing a video, which showed a tackle box full of vials and syringes. On this video, MIDDLEBROOK can be heard discussing his cure for COVID-19.

ii.    After the initial text, on or around March 16, 2020, MIDDLEBROOK sent additional text messages to CW-1 from the 4488 number that stated:

I have Developed the Cure for the CoronaVirus COVID-19

*LA Patient tested Positive for CoronaVirus got up and walked out 51 hours after my Injection

Blood Pressure Normal

Temperature Normal

Heart Rate Normal

Enzymes Normal

Sugar Levels Normal

CoronaVirus Negative

Investors who come in at ground level say $1M will parachute with $200M - $300M

Conservative Minimum

Plus retain Stock Shares

You Receive 25% Commission on ALL Funds you bring in plus Stock Shares for the IPO

9

iii. The last text CW-1 received from MIDDLEBROOK was a photo of former NBA player, Earvin "Magic" Johnson, and a statement, "We got MAGIC JOHNSON coming aboard!!!! CALL ME !!"

c.   On March 17, 2020, MIDDLEBROOK posted a video on his Instagram account, which can be viewed at: https://www.instagram.com/tv/B90jig2ncED/?utm_source=ig_web_copy _link

i.   Among other things, in the video, MIDDLEBROOK stated that he had created the cure for COVID-19. MIDDLEBROOK showed a syringe with a clear liquid and described how his cure worked.  Instagram stated that, as of March 24, 2020, this video has been viewed 633,002 times.

ii.   The following text appeared associated with the video:

> Yes I have Developed the Cure for the CoronaVirus COVID-19.
>
> After 6 Weeks of Intense Focus and Development (and very little sleep). I am currently going into Mass Production. * NOTE: All Haters and Ignorant responses are Deleted and Blocked as fast as they post. Give your Negative Energy to someone who has the time to waste on your worthless, uneducated, low self esteem ass. I am to busy saving the world. * The CDC, WHO and Mainstream Media have created a Pandemonium environment. To answer this (just because it's what I do) I have created a CoronaVirus Prevention Pill" (After 3 Days of taking it the person is Immune to the Virus and STAYS immune as long as they continue taking it once a day it the morning) and also the COVID-19 Formula Vaccine Cure to Satisfy the Physiological and Phycological Need at large. @realdonaldtrump @seanhannity * Much more to come, stay tuned! * Follow YouTube / Keith Middlebrook for awesome complete video episodes. Many New ones are up and many more coming everyday. * Follow Twitter @4kmiddlebrook1

     d.   On March 17, 2020, at approximately 11:00 a.m., Special Agent Pitesky, an undercover FBI agent ("UCE") posing as an investor, and I contacted CW-1 to discuss an introduction to MIDDLEBROOK.

     e.   On March 18, 2020, at approximately 2:55 p.m., I conducted a three-way consensually recorded call between CW-1 (who was in Orlando, Florida), the UCE, and MIDDLEBROOK, and used the 4488 number.

     i.   On this call, MIDDLEBROOK solicited an investment from the UCE relating to a prevention pill and a serum formula-cure for COVID-19.

     ii.  For an initial investment of $300,000, MIDDLEBROOK guaranteed a return of $30 million, which MIDDLEBROOK said, was secured by a current $10 billion offer from an unnamed buyer in Dubai. For example, MIDDLEBROOK stated for someone who put "in $1 million" would "be looking at a $100 million" return.  MIDDLEBROOK stated that his injection serum/prevention pills would be worth "$100 billion" before an initial IPO offering.  MIDDLEBROOK said to the UCE "I'll guarantee you this...at least, you put in $300 grand, I'll guarantee you...I'll guarantee the value of your shares and stock...and you can do whatever you want...minimum $30 million..." Additionally, MIDDLEBROOK stated that six individuals had already invested, including "Dr. Patterson" who had invested $1 million.

     f.   During the call, MIDDLEBROOK sent the UCE a text message that contained his Bank of America account information

and wiring instructions for the UCE to wire the money he would
be investing, as follows:

> KM Legal Power, LLC – Account # [redacted]3866
>
> Business Address: 1048 Irvine Ave. #1062, Newport
> Beach, CA 92660

g.   On March 19, 2020, at approximately 3:17 a.m.,
MIDDLEBROOK sent an email from qccv20@gmail.com to the UCE's
Yahoo email account, with an attachment that outlined the
investment opportunity.  A PDF copy of the above-described
document, which has been redacted to protect the identity of the
UCE and MIDDLEBROOK's bank account information, is attached
hereto as Exhibit A and incorporated herein.

h.   At approximately 3:31 a.m., MIDDLEBROOK sent the
UCE a text message, stating:

> 1 Sheet in your email
>
> Call Me
>
> Call me after wire sent
>
> Stock Share Docs to be prepared
>
> and FedEx to you today
>
> Conservative Projections:
>
> First Level of 4-6 Levels
>
> $400,000 splits to $4,000,000 plus
>
> 2nd Level $4M splits to $40M
>
> And much more

i.   At approximately 2:45 p.m., the UCE contacted
MIDDLEBROOK telephonically for a follow-up recorded
conversation, which I listened to without MIDDLEBROOK's

12

knowledge. MIDDLEBROOK indicated that, since last speaking with
the UCE, seven individuals had invested with MIDDLEBROOK, with
an average investment of $750,000 to $1 million. MIDDLEBROOK
ended the call to talk to "Dr. Robert Goldman" and called the
UCE back shortly thereafter. MIDDLEBROOK indicated that he would
provide the UCE (and his mother) the prevention pills after he
[MIDDLEBROOK] received an initial wired deposit of $9,999.

      j.   At approximately 5:52 p.m., MIDDLEBROOK texted
the UCE an account name and number at JPMorgan Chase of
"MIDDLEBROOK Productions, LLC - Account #[redacted]7916" that
the UCE should use to wire the funds to MIDDLEBROOK. MIDDLEBROOK
then sent a text to the UCE that stated: "Shares & Docs are for
$400k."

    15.  On March 21, 2020, MIDDLEBROOK posted a video on his
Instagram page.  Instagram has stated that, as of March 24,
2020, this video has been viewed 1,011,750 times.  The video can
be viewed at:
www.instagram.com/tv/B9-PxmAnsuS/?utm_source=ig_web_copy_link

      a.   On this video, MIDDLEBROOK shows a pill that he
states prevents him from contracting COVID-19.  He states that
if he took the pill and walked into the Staples Center filled
with COVID-19 positive individuals, he could not contract the
virus. Among other statements, MIDDLEBROOK claims that because
of ingesting the pill, he is immune to COVID-19, as his cell
membrane walls cannot contract the virus. MIDDLEBROOK states
that he "just got off the phone with" Dr. Ronald Goldman,
President Donald Trump's physician for sports and health

medicine, and that he (MIDDLEBROOK) is on his way to Mar-a-Lago

to get the executive emergency order to override the FDA [i.e.,

the U.S. Food and Drug Administration]. MIDDLEBROOK stated that

the preventive pill, which he takes once a day, is called QP20

and the injectable cure is called QC20.

      b.   In addition, the following comment appears posted

with the video.

> Yes I have created the pill that makes you IMMUNE to
> COVID-19!
>
> I have created the Prevention Pill that is time
> released 24 Hours. This pill I have designed makes
> anyone completely IMMUNE to the Virus COVID-19 disease
> coronavirus. * NOTE: All Haters and Ignorant comments
> are Deleted and Blocked as Fast as they post. Give
> your incompetence and Negative Energy to someone who
> has time to waste with you and tolerate your worthless
> low self-esteem ass. * I am busy saving the world. *
> The Medical, Virus and Disease communities are lazy
> and trying to use old tricks on a new dog. Like the
> measles vaccine to cure coronavirus, it won't work. I
> have the True, Tried and Tested Cure and now the
> Prevention. I had to wait for Lab Results to post
> this. * I created this Preventative IMMUNE Pill (QP20)
> Quantum Prevention CV 2020 as the Answer to the
> "Pandemonium / Havoc environment" created by the
> "Negative Sensationalism for viewership" by the
> Mainstream Media, CDC and WHO as they Needlessly have
> caused a complete US shut down based on 249 deaths in
> 2 Months (all over the age of 80) and are attempting
> to completely destroy the Greatest economy in US
> History built by @realdonaldtrump. * Perception is
> Realty so I have developed the Prevention and the Cure
> to satisfy the physical and physiological Needs to
> save the World. * FACTS to REALIZE: US Deaths Year /
> Day: * Homicides 16,000 / 44 * Smoking 480,000 / 1,315
> * 2nd Hand Smoke 41,000 / 112
>
> * Flu (Average) 50,000 / 137
>
> * Alcohol 88,000 / 241 * Opioids 70,000 / 191 *
> Diabetes 4,200,000 / 11,506 * Car Accidents 38,000 /
> 104 * Total Self Inflicted Deaths per Year 4,967,000 *
> Total Self Inflicted Deaths per Day 13,616 * Notice
> the Mainstream Media didn't shut down all Businesses
> for these Real Numbers and more. * Much more to come
> stay tuned. * Follow YouTube / Keith Middlebrook *

Follow KeithMiddlebrookProSports.com * Follow Twitter
@4kmiddlebrook1

#KeithMiddlebrook

#XcceleratedSuccess

#COVID19

#Coronavirus

c.   In response to the above narrative description, an individual commented that "it should be tested on people." MIDDLEBROOK replied, "it was, 3 patients who were injected with my formula tested Coronavirus NEGATIVE! I had to wait for the Test results before I could post the Video. Please learn to READ and listen to the [sic] All the Videos."

d.   On March 22, 2020, MIDDLEBROOK posted a video on his Instagram page.  Instagram stated that, as of March 24, 2020, this video had been viewed 449,396 times.  The video can be viewed at: https://www.instagram.com/tv/B-BPZGanfhr/?utm_source=ig_web_copy_link

i.   On this video, MIDDLEBROOK states that he created the cure for, and prevention of, COVID-19.

ii.   The following comment appears with the video.

Secrets to Success from the Real Iron Man on Coronavirus.

Powerful Video of Knowledge to Empower You. NOTE: Ignorant Hater Followers and unintelligent comments are being Deleted and Blocked as Fast as they Post. (Give your Follow, hate and negative energy to someone who has time to waste with you and tolerate your worthless, low self esteem ass). I am busy Saving the World. * Filmed at my Home / Office in Newport Beach California on March 21, 2020. FACT: The Mainstream Media, CDC, and the WHO started creating Mass Hysteria, Havoc and Pandemonium when they claimed

15

"Pandemic" as Millions of People are dying in the
streets when really total US Coronavirus deaths were
at 38 (All above the age of 80) and only 1,361 cases.
*All Designed and meant to Destroy the Greatest
Economy in US History built by @realdonaldtrump. I
encourage you to NOT GO ALONG with "We are all in this
together". Do NOT SUCCUMB to their negative
destructive mindset, if you go along with it, then
they got you where they want you. * Instead Focus on
your Goals and your brand. I am teaching you to Plow
through the Negativity and WIN. - Keith Middlebrook
Much more to come stay tuned. * SPECIAL NOTE: I was
wrongfully indicted by the Government in 2014 and I
BEAT them and WON on September 13, 2016. Now I am
Suing them for $1 Billion and I am Winning. (I know
first hand more than anyone how Sick and Evil 1/2 of
them can be). Follow YouTube / Keith Middlebrook *
Follow Twitter @4kmiddlebrook1 @seanhannity
#KeithMiddlebrook
#XcceleratedSuccess
#COVID19
#coronavirus
#Cure
#Prevention

### D. HEALTH OFFICIALS' STATEMENTS RE: COVID-19 PREVENTION AND CURE.

16.  As of March 24, 2020, the World Health Organization
stated on its website, which can be viewed at
https://www.who.int/news-room/q-a-detail/q-a-coronaviruses, the
following:

> To date, there is no vaccine and no specific antiviral
> medicine to prevent or treat COVID-2019. However,
> those affected should receive care to relieve
> symptoms. People with serious illness should be
> hospitalized. Most patients recover thanks to
> supportive care. Possible vaccines and some specific
> drug treatments are under investigation. They are
> being tested through clinical trials. WHO is
> coordinating efforts to develop vaccines and medicines
> to prevent and treat COVID-19.

17.  As of March 24, 2020, the United States Centers for
Disease Control stated on their website, which can be viewed at
https://www.cdc.gov/coronavirus/2019-ncov/downloads/2019-ncov-

16

factsheet.pdf, that there is currently no vaccine to protect
against COVID-19, and there is no specific antiviral treatment
for COVID-19.

18. On February 25, 2020, the National Institutes of
Health ("NIH"), the United States' national medical research
agency and a component of the Department of Health and Human
Services, announced that the National Institute of Allergy and
Infectious Disease was the regulatory sponsor of the first
clinical trial in the United States at the University of
Nebraska Medical Center in Omaha, Nebraska. In addition, the
NIH stated there were no specific therapeutics approved by the
Food and Drug Administration to treat people with COVID-19.
Furthermore, the NIH stated that Remdesivir, developed by Gilead
Sciences Inc., was the investigational broad-spectrum antiviral
treatment that was being tested. The announcement stated the
following:

> "We urgently need a safe and effective treatment for
> COVID-19. Although remdesivir has been administered
> to some patients with COVID-19, we do not have solid
> data to indicate it can improve clinical outcomes,"
> said NIAID Director and U.S. Coronavirus Task Force
> member Anthony S. Fauci, M.D. "A randomized, placebo-
> controlled trial is the gold standard for determining
> if an experimental treatment can benefit patients."

The announcement can be viewed at:
https://www.nih.gov/news-events/news-releases/nih-clinical-
trial-remdesivir-treat-covid-19-begins.

### E. MIDDLEBROOK'S FALSE STATEMENTS IN FURTHERANCE OF HIS FRAUDULENT INVESTMENT SCHEME

19. In addition to stating on his videos and descriptions
accompanying the videos that he has developed an injectable cure

17

and prevention pills for COVID-19, MIDDLEBROOK made several
false statements in the "1 Sheet for company QP20 and QC20" (see
Exhibit A) that MIDDLEBROOK emailed to the UCE on March 19,
2020,

20. For example, MIDDLEBROOK falsely stated that QP20 and
QC20, the injectable serum and prevention pills, are patent
pending.

a. On March 23, 2020, I conducted several search
queries for "Keith Middlebrook" using the United States Patent
and Trademark Office's (USPTO) online database,
http://patft.uspto.gov/netahtml/PTO/search-bool.html, to
include, but not limited to the following fields: Inventor,
Applicant Name, Assignee Name and All Fields. These  queries
revealed "No patents have matched your query". Similar searches
included "Dustin T. Johnston", "Earvin 'Magic' Johnson" and
"Roderic Boling" using Inventor search field, also did not yield
any positive results. A search of "Dr. D. Patterson" as the
Inventor yielded multiple results; however, additional personal
identifying information would be needed to verify whether this
inventor is the same as the person identified as "D. Patterson"
in Exhibit A.  Lastly, searches using subject companies "Quantum
Prevention CV Inc." and "KM Legal Power LLC" yielded negative
results using the Assignee Name search field.

b. On March 24, 2020, an attorney in the Office of
Policy and International Affairs of the United States Patent and
Trademark Office confirmed that MIDDLEBROOK had not been awarded
any patents/trademarks by said office. It should be noted,

18

however, that approved patents remain confidential for a minimum of 18 months before they are ultimately published on the USPTO website.

21.   MIDDLEBROOK also falsely stated that, as of March 19, 2020, Earvin "Magic" Johnson ("Johnson"), the former NBA basketball player, was a director and/or officer of QC20.   In addition, MIDDLEBROOK made false statements to CW-1 in a text message on March 16, 2020 that Johnson was "coming aboard."

a.   On March 24, 2020, I contacted Christina Francis ("Francis"), President of Magic Johnson Enterprises, which is owned by Johnson.

b.   Francis stated to me that she is responsible for handling financial matters on behalf of Johnson and advised me that Johnson was not involved in any investments related to COVID-19.

c.   Immediately thereafter, according to Francis, she contacted Johnson and confirmed that Johnson had no involvement in any businesses or other investment opportunities being conducted by or offered by MIDDLEBROOK, and he had not been contacted by MIDDLEBROOK regarding making any investment. Moreover, Francis showed Johnson the DMV photograph of MIDDLEBROOK and Johnson stated to Francis that he had never met, spoken to, or seen this individual.

22.   MIDDLEBROOK also falsely stated in the "1 Sheet" that he sent to the UCE that QP20 was a Nevada Corporation, foreign filing in Florida.

    a.   On March 24, 2020, I reviewed an email from the Chief Criminal Investigator of the Securities Division for the Secretary of State of Nevada, who searched the commercial recording database for MIDDLEBROOK, Quantum Prevention, and KM Legal Power, and did not locate any corporate filings for MIDDLEBROOK or said entities.

    b.   On March 23, 2020, I queried the online records for the Florida Division of Corporations, at search.sunbiz.org, for MIDDLEBROOK, Quantum Prevention, and KM Legal Power, and did not locate any corporate filings for MIDDLEBROOK or said entities.

## V.   CONCLUSION

23.   For all the reasons described above, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that KEITH LAWRENCE MIDDLEBROOK violated Title 18, United States Code, Section 1349.

_____
MADISON MACDONALD
Special Agent
Federal Bureau of Investigations

Subscribed to and sworn before
me this 25th day of March, 2020.

_____
HONORABLE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

20

Yahoo Mail - 1 Sheet for company QP20 and QC20                                                3/19/20, 5:59 AM

# 1 Sheet for company QP20 and QC20

From:  Keith Middlebrook (qccv20@gmail.com)

To:                          @yahoo.com

Date:  Thursday, March 19, 2020, 3:17 AM PDT


## USE OF PROCEEDS

Proceeds from this Offering will be allocated to working capital of the Company "Quantum Prevention CV Inc."
(QP20) and to pay for the purpose of mass producing and marketing the patent pending PREVENTION or
"immunity" product Builds, Activates and Supports the Human Cells and the bodies immune system, which
prevents the human from ever contracting COVID-19 (coronavirus) as long as continued consumption of QP20 Oral
Product "as directed" is used.

Proceeds from this Offering will be allocated to working capital of the Company "QC20" & "QC20" to pay for
management team, production and distribution of said product.
Those services include but not limited to: officers, legal, accounting auditing, marketing and product procurement
and drop ship.

## BUSINESS

Quantum Prevention CV Inc.(QP20) the "Company", a Nevada corporation, foreign filing in Florida and were
incorporated in March 15, 2020 for the purposes of providing a prevention immunity pill to prevent contracting
COVID-19 (coronavirus).

The company's "HUB and Spoke" concept is to have a central "HUB" in Florida (and possibly additional states and
counties tries outside the US as the company expands state wide, nation wide and world wide) that distributes
worldwide Oral Product to fully build and support the humans immune system and creates the ability to fend off
and deflect the viruse and disease COVID-19 (coronavirus).

This prevention, maintenance and health business will be be producing high quality products and shipping them to
areas most effected as appointed by management.

The "HUB" will sell to both wholesale market, retail vendor outlets and direct to consumers via the world wide web.
(as directed with marketing and "price point" strategy by management to maintain continuity and consistency with
world wide sales)

The Company plans and will develop and market  proprietary patent pending product in mass quantities to meet
current and ongoing growing "demand".

Prevention Product is fully effective as log as the human consumes the daily intake of 1 "time release" pill per day.
Each individual pill works for 24 hours
If the human stops consuming the daily product then they are susceptible to contracting the virus and disease.

·       QP20 has developed a patent pending product that Builds, Activates and Supports symbiotic
"Immunity" benefits deflecting the virus and disease COVID-19 (coronavirus) Includes a financial scale
to generate more Revenue and Profit as the "World Wide Pandemic" Supply & Demand grows more
than the typical company in the preventative, maintenance and Health Industries.
The divisions that will be symbiotically integrating potential to possibly include QP20 (products)
Vending (distribution), and QP20 Online.

about:blank                                                                                   Page 1 of 4

·    QP20: Product manufacturing including a full range of products from  supplements to injections.

·    QP20: Vending: International and national, that will have the capability to place orders to people in need to build and support their immune systems and prevent contracting COVID-19 (CORONAVIRUS)
          Florida is first to serve as a wide distribution outlet for QP20 products and provide an attractive international distribution solution congruent with price point and marketing strategies, making available National & WorldWide business models.

·    QP20 Online: Wholesaling and Retailing QP products as directed and approved by Management & Officers.

·    QP20 Vending and QP20 Online provide Multiple and Unlimited types of Revenue Streams.

·    Florida and additional National & World Wide Distribution outlets for QP20 branded items.

·    Conventional & Individual Wholesale-Retail Revenue Models & Agreements, buying popular QP20 products wholesale and selling them Retail for a 50% or Higher Margin (No Limits)

·    Revenue Sharing with Retailers or Manufactures where they provide the stock and QP20 is possible as approved by Management (via if there are partners) to distribute and sell the products, providing a mutually agreeable Revenue Split.

·    Advertising, on all Social Media, Print, Stores, Shopping Malls, TV, Online Etc. Digitally or Poster Print Adds. (Marketing Campaign)

·    (Potential) Licensing and franchising opportunities for independent entrepreneurs in markets outside QP20 regions.

·    Includes all the above but "not limited to" as company expands and grows.

MANAGEMENT

The following are the Directors and Officers of the Company Quantum Prevention CV Inc. (QC20) as of 3/19/20

| Name | Age | Position |
|---|---|---|
| Keith Middlebrook President | 52 | Inventor, Founder, Chief Executive Officer, |
| Dr D.Patterson PHD Medicine | 64 | P.H.D. Doctorate, Compliance Director of Health & |
| Dustin T. Johnston | 53 | Business Development |
| Roderick Boling | 53 | Key Management Director, Executive officer |
| Earvin "Magic" Johnson | 60 | TBD |

Executive Officers serve until the next annual meeting of stockholders and until their successors are duly elected

and qualified, unless earlier removed as provided in the Bylaws of the Company.  Executive officers serve at the pleasure of the Company Quantum Prevention CV Inc.

## SECURITY OWNERSHIP OF CERTAIN

QP20 & QC20 are in early beginning stages now:
Company is for now: Private Equity, Private Placement Memorandum, Holding Company and Stock Shares for all Proceeds and Offerings.
PPM Holdings Shares are Issued Immediately after Wire Deposit is Received.
Company foresees 4-6 levels of share growth and eventual Record breaking IPO in several World Wide Markets.

## BENEFICIAL OWNERS AND MANAGEMENT

As of March 15, 2020  the Company has issued select COMMON SHARES of its Common Stock, (Par Value TBD).
The following tabulates holdings of Common Stock of the Company by each person who holds of record or is known by management of the Company to own beneficially more than five percent (5%) of the Common Stock outstanding, and, in addition, by all Directors and Officers of the Company individually, and as a group as of the date of this Memorandum (prior to any of the Shares being offered hereunder having been sold).
The shareholders TBD have sole voting and investment power, except as otherwise noted.


IMPORTANT NOTICE: All the above Includes 100% of same shares for the patent pending "Quantum Cure CV 2020 Inc."
QC20 has Developed a Patent Pending Powerful Product that is the Cell Tissue Biological "Cure" for those that have already contracted the COVID-19 (coronavirus).
QC20 company has Developed the Serum Formula Injection that shuts down and DESTROYS COVID-19 (CORONAVIRUS) cells.
The CORONAVIRUS cells Detach, Release and Die.
Patients are cured in 48-72 Hours on Average after injection.


* All language, share agreements, money and operations are the exact same as above for QC20 as is for QP20
   Proceeds and Offerings includes 100% financial potential as listed of BOTH companies at all times indefinitely.

Keith Middlebrook
Dr D. Patterson
Dustin Johnson
Roderick Boling

Wire Instructions:
Bank of America

KM Legal Power LLC.

Acct.            3866

Wire Routing #026009593

Business Address:
1048 Irvine Ave #1062
Newport Beach, CA  92660
Phone 858-275-4488

Bank Address
9454 Wilshire Blvd
Beverly Hills, CA 90211
Phone 310-734-0321

Yahoo Mail - 1 Sheet for company QP20 and QC20

3/19/20, 5:59 AM