Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

06/12/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ LM ___ DEPUTY

**CASE SUMMARY**

| | |
|---|---|
| Case Number | 2:20-cr-00229-DSF |
| U.S.A. v. | Keith Lawrence Middlebrook |
| [✓] Indictment | [ ] Information |

Defendant Number _____

Year of Birth  1967

Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  March 17, 2020

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles   [ ] Ventura
[✓] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other _____

Citation of Offense  18 U.S.C. 1343

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino) [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No   [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  3/5/2020

Case Number:  20-mj-1341

Assigned Judge:  DUTY

Charging:  18 U.S.C. 1349

The complaint/CVB citation:

[✓] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:  DFPD Ijeoma Eke

Phone Number:  213-894-3107

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen     ☐ Alien

Alias Name(s)    _____

_____

This defendant is charged in:
  ☑ All counts

  ☐ Only counts:    _____

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?         ☐ Yes    ☑ No

IF YES, should matter be sealed?   ☐ Yes    ☑ No

The area(s) of substantive law that will be involved in this case
include(s):
☐ financial institution fraud     ☐ public corruption
☐ government fraud                ☐ tax offenses
☐ environmental issues            ☑ mail/wire fraud
☐ narcotics offenses              ☐ immigration offenses
☐ violent crimes/firearms         ☐ corporate fraud
☐ Other    _____

_____

**CUSTODY STATUS**

Defendant is **not in custody**:
  a. Date and time of arrest on complaint:   3/25/20; 6pm
  b. Posted bond at complaint level on:   May 6, 2020
     in the amount of $ 150,000
  c. PSA supervision?    ☑ Yes    ☐ No
  d. Is on bail or release from another district:

  _____

Defendant is **in custody**:
  a. Place of incarceration:    ☐ State    ☐ Federal
  b. Name of Institution:    _____
  c. If Federal, U.S. Marshals Service Registration Number:

  _____

  d. ☐ Solely on this charge. Date and time of arrest:

  _____

  e. On another conviction:    ☐ Yes        ☐ No
     IF YES : ☐ State       ☐ Federal    ☐ Writ of Issue
  f. Awaiting trial on other charges:    ☐ Yes    ☐ No
     IF YES : ☐ State    ☐ Federal    AND
  Name of Court:    _____
  Date transferred to federal custody:    _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    ___20___    ___21___    ___40___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  See Order Extending and Excluding Time

from the Speedy Trial Act, Docket No. 22, Case No. 20-mj-1341 _____

Date    06/12/2020

Signature of Assistant U.S. Attorney
Valerie L. Makarewicz
Print Name