UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00229-DSF |
|---|---|
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION IN LIMINE TO ADMIT CERTIFIED ABSENCE OF PUBLIC RECORD FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE [81] |
| v. | |
| KEITH LAWRENCE MIDDLEBROOK, | |
| Defendant. | Motions Hearing: 6/6/22<br>Time: 8:30 a.m.<br>Courtroom: 7D, 350 W. 1st Street<br>Los Angeles, CA 90012 |

Based on the motion in limine filed by the United States of America, and pursuant to Federal Rules of Evidence (FRE) 803(10) and 902(4), the Court finds the following:

1. The government's motion in limine to admit the certified absence of public record from the United States Patent and Trademark Office is granted.

2. The copy of the certified absence of record by Brian E. Hanlon, Certifying Officer of the United States Patent and Trademark Office, that documented the absence of any result from his search of the Patent Application Locating and Monitoring (PALM) database system as to patents by defendant, his companies, or those persons he stated were officers of

his companies is admitted into evidence at the trial of this case, subject to a determination of relevance. No custodian of record of the United States Patent and Trademark Office is required to appear at trial.

IT IS SO ORDERED.

Dated: June 9, 2022

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE