1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          No. 2:20-cr-00229-DSF

11            Plaintiff,                ORDER GRANTING UNITED STATES'
                                        MOTION IN LIMINE TO ADMIT
12            v.                        CERTIFIED BUSINESS RECORDS [82]

13   KEITH LAWRENCE MIDDLEBROOK,        Motions Hearing: 6/6/22
                                        Time: 8:30 a.m.
14            Defendant.                Courtroom: 7D, 350 W. 1st Street
                                                   Los Angeles, CA 90012
15

16       Based on the motion in limine filed by the United States of

17   America, and pursuant to Federal Rules of Evidence (FRE) 803(6) and

18   902(11), the Court finds the following:

19       1. The government's motion in limine to admit the certified

20          business records is granted.

21       2. The following certified business records are admitted into

22          evidence at the trial of this case, subject to a

23          determination of relevance.  No custodian of record from any

24          of the below-named financial institutions/businesses are

25          required to appear at trial.

26

| Bank | Name | Last 4 account numbers | Bates Nos. USAO_ | Document |
|------|------|------------------------|------------------|----------|
| Bank of America | KM Legal Power LLC | X3866 | 00015344-15353 | March 2020 Stmt. Signature Card |

| Bank | Name | Last 4 account numbers | Bates Nos. USAO_ | Document |
|------|------|------|------|------|
| | | | 00010405-10406 00005772-5775 | Certified LLC Resolutions |
| Bank of America | KM Legal Power LLC | X3853 | 00015166-15173 00010192-10193 | March 2020 Stmt. Signature Card |
| Bank of America | Elite Platinum Portfolio | X8218 | 00015475-15476 00015581-15586 | March 2020 Stmt. Signature Card |
| Bank of America | Elite Platinum Portfolio | X7455 | 00015466-15473 00010033-10034 | March 2020 Stmt. Signature Card |
| Bank of America | Middlebrook Enterprises LLC | X3634 | 00014920-14927 00015477-15478 | March 2020 Stmt. Signature Card |
| Bank of America | Middlebrook Enterprises LLC | X3650 | 00015012-15017 00015479-15480 | March 2020 Stmt. Signature Card |
| Bank of America | Fico-911 LLC | X1088 | 00014671-14678 00010782-10783 | March 2020 Stmt. Signature Card |
| Bank of America | Fico-911 LLC | X1114 | 00014779-14784 00010936-10937 | March 2020 Stmt. Signature Card |
| Discover Card | Keith L. Middlebrook | X1570 | 00011140 00011165-11174 | Customer Information March & April 2020 Statements |
| Equifax | Keith Middlebrook | | 00011178-11201 | Credit Report |
| Capital One Bank, N.A. | Keith Middlebrook | X5524 | 00012654-12659 | March & April 2020 Statements |
| JP Morgan | Middlebrook Productions LLC | X7916 | 0005787-5795 0005797 | Signature Card |

| Bank | Name | Last 4 account numbers | Bates Nos. USAO_ | Document |
|---|---|---|---|---|
| Chase, N.A. | | | | March 2020 Transaction History |
| JP Morgan Chase, N.A. | Keith Middlebrook | X8600 | 00012667 00012668-12669 00012670-12673 00012677-12678 00013198-13201 | Account Application Correspondence Feb/Mar 2020 Statement March 2020 Charges Transfers |
| JP Morgan Chase, N.A. | Middlebrook Productions, LLC | X7916 X2679 | 00012683-12685 00012686-12688 00013010-10312 00012846-12847 00011359-11360 00012973-12974 00013413-13414 | 7916 Signature Cards 2679 Signature Cards  7916 March 2020 Statement  2679 March 2020 Statement |
| JP Morgan Chase, N.A. | Keith L. Middlebrook, Hamptons Capital Management LLC, Independent Film Capital LLC, Middlebrook Productions, LLC | X2399 X5170 X6967 X9253 X9980 X9000 X6914 X2726 X0356 X7916 X8429 X8510 X8940 X9306 X2679 | 00012981-13009   00013118-13119 00013192-13195 | 2399, 5170, 6967, 9253, 9990, 9000, 6914, 2726, 0356, 7916, 7916, 8429, 8510, 8940, 9306 Signature Cards 2726 March 2020 Statement 0356 March 2020 Statement |
| US Bank | Keith Middlebrook, Fico-911 LLC, | X3767 X8262 X8775 X8254 X8247 | 00015901 00013437-13439 00013440-13442 | 3767 Signature Card 8254 Signature Card |

| Bank | Name | Last 4 account numbers | Bates Nos. USAO_ | Document |
|---|---|---|---|---|
| | KM Legal Power LLC, Keith Middlebrook, Ind, Middlebrook Enterprises LLC | | 00013443-13445 00013689 | 8262 Signature Card 8775 Signature Card 8247 Signature Card |
| First Premier Bank | Keith L. Middlebrook | X7232 X8930 X7999 X4296 X9851 | 00015725-154735 00015833-15836 00015837-15846 00015891-15894 | 4296 Account Information 7999 March 2020 Statement 7232 Account Information 9851 March 2020 Statement |

IT IS SO ORDERED.

Dated: June 9, 2022

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

4