# LIST OF EXHIBITS AND WITNESSES

F I L E D
CLERK, U.S. DISTRICT COURT

5/10/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ pk _____ DEPUTY

| | |
|---|---|
| **Case Number** | 2:20-cr-00229-DSF   **Title**   USA v. Middlebrook |
| **Judge** | Dale S. Fischer, U.S. District Judge |
| **Dates of Trial or Hearing** | 5/6/2024 - 5/10/2024 |
| **Court Reporters or Tape No.** | Laura Elias |
| **Deputy Clerks** | Patricia Kim |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Joseph S. Guzman, AUSA | Ijeoma U. Eke, DFPD |
| Kenneth R. Carbajal, AUSA | J. Alejandro Barrientos, DFPD |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| **DEFENSE WITNESS LIST** | |
|---|---|
| **Case Title: U.S.A. v. Keith Lawrence Middlebrook** | |
| **Case No. CR 20-229-DSF** | |

| **Name of Witness** | **Description** |
|---|---|
| 1. Madison MacDonald – **5/8/24** | FBI Special Agent |
| 2. Lynne Zellhart  - **5/8/24** | FBI Special Agent |
| 3. Ram Duriseti, M.D., Ph.D. - **5/8/24** | Expert |
| 4. Steven Phillips, JD, PsyD | Expert |
| 5. Ryan Jawetz – **5/8/24** | Investigator |
| 6. Jamila McKnight – **5/8/24** | FBI Special Agent |
| 7. Giovani Paredes | Paparazzi |
| 8. Keith Middlebrook – **5/8/24, 5/9/24** | |

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  May 3, 2024          By  */s/ Ijeoma U. Eke*

Ijeoma U. Eke
J. Alejandro Barrientos
Deputy Federal Public Defenders
Attorneys for Keith Lawrence Middlebrook

1

## UNITED STATES v. KEITH LAWRENCE MIDDLEBROOK

### CR NO. 20-00229-DSF

### GOVERNMENT'S AMENDED WITNESS LIST

| No. | WITNESS NAME AND TITLE |
|-----|------------------------|
| 1. | Madison MacDonald, Special Agent, Federal Bureau of Investigation |
| 2. | Sean Sterle, Homicide Cold Case Investigator, Inglewood Police Department **5/7/24; 5/8/24** |
| 3. | Monica S. Price, Senior Forensic Chemist, Drug Enforcement Administration |
| 4. | Andrew Y. Jaung, Forensic Examiner, Federal Bureau of Investigation |
| 5. | Jamila McKnight, Special Agent, Federal Bureau of Investigation **5/8/24** |
| 6. | Wayne Jeffries **5/8/24** |
| 7. | Ari Friedman **5/7/24** |
| 8. | Edward Carlos St. Mary **5/8/24** |
| 9. | Ralph Morgan **5/8/24** |
| 10. | Earvin Johnson, Jr. **5/8/24** |
| 11. | Corina Middlebrook |
| 12. | Google Custodian of Records |

**<u>United States v. Keith Lawrence Middlebrook</u>**
**CR 20-229-DSF**

**Government's Exhibit List**

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Text message to Wayne Jefferies on 3/16/20 at 4:53 p.m.<br><br>(USAO_00006749-6750) | | |
| 2 | Video attached text message to Wayne Jefferies on 3/16/20 at 4:53 p.m.<br><br>(USAO_00006835) | | |
| 3 | Text message to Ari Friedman on 3/16/20 at 5:01 p.m.<br><br>(USAO_00006417) | | |
| 4 | Video attached to text message to Ari Friedman on 3/16/20 at 5:01 p.m.<br><br>(USAO_00006418) | | |
| 5 | Text message to Edward Carlos St. Mary on 3/16/20 at 5:05 p.m.<br><br>(USAO_00006526-00006527) | | |
| 6 | Video attached to text message to Edward Carlos St. Mary on 3/16/20 at 5:05 p.m.<br><br>(USAO_00006658) | | |
| 7 | Text message to Edward Carlos St. Mary on 3/16/20 at 5:16 p.m.<br><br>(USAO_00006526-00006527) | | |

1

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 8 | Video attached to text message to Edward Carlos St. Mary on 3/16/20 at 5:16 p.m.<br><br>(USAO_00006655) | | |
| 9 | Text message to Ralph Morgan on 3/16/20 at 5:20 p.m.<br><br>(USAO_00006938) | | |
| 10 | Video attached to text message Ralph Morgan on 3/16/20 at 5:20 p.m.<br><br>(USAO_00007066) | | |
| 11 | Text message to Edward Carlos St. Mary on 3/16/20 at 5:31 p.m.<br><br>(USAO_00006526-00006527) | | |
| 12 | Video attached to text message to Edward Carlos St. Mary on 3/16/20 at 5:31 p.m.<br><br>(USAO_00006656) | | |
| 13 | Text message to Ari Friedman on 3/16/20 at 5:42 p.m.<br><br>(USAO_00006417) | | |
| 14 | Video attached to text message to Ari Friedman on 3/16/20 at 5:42 p.m.<br><br>(USAO_00006422) | | |
| 15 | Text message to Edward Carlos St. Mary on 3/17/20 at 1:29 a.m.<br><br>(USAO_00006526-00006527) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 16 | Video attached to text message to Edward Carlos St. Mary on 3/17/20 at 1:29 a.m.<br><br>(USAO_00006657) | | |
| 17 | Cut 01 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 18 | Cut 02 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 19 | Cut 03 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 20 | Cut 04 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 21 | Cut 05 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 22 | Cut 06 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 23 | Cut 07 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 24 | Cut 08 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 25 | Cut 09 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 26 | Cut 10 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 27 | Cut 11 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 28 | Cut 12 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 29 | Cut 13 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 30 | Cut 14 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 31 | Cut 15 from MARCH 18, 2020 THREE-WAY CALL<br><br>(USAO_00005807) | | |
| 32 | INTENTIONALLY LEFT BLANK | | |
| 33 | INTENTIONALLY LEFT BLANK | | |
| 34 | INTENTIONALLY LEFT BLANK | | |
| 35 | INTENTIONALLY LEFT BLANK | | |
| 36 | INTENTIONALLY LEFT BLANK | | |
| 37 | INTENTIONALLY LEFT BLANK | | |
| 38 | INTENTIONALLY LEFT BLANK | | |
| 39 | INTENTIONALLY LEFT BLANK | | |
| 40 | INTENTIONALLY LEFT BLANK | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 41 | March 19, 2020 email sent by defendant with subject matter "1 Sheet for company QP20 and QC20." <br><br> (USAO_00000013-16) | | |
| 42 | March 24, 2020 email sent by defendant with subject matter "I have created the COVID19 Prevent Pill and the Cure for the coronavirus YOUR Commission is 40 percent." <br><br> (USAO_00007085-7089) | | |
| 43 | April 17, 2020 certification of no patent application <br><br> (USAO_0005991) | | 6/6/22 Dkt. 87 |
| 44 | FRE 1006 Summary Chart of Bank Records <br><br> (NO BATES - TBD) | | |
| 45 | Google certification of servers outside of California <br><br> (USAO_00015902-00015903) | | 4/29/24 Dkt. 238 |
| 46 | Google Subscriber information for qccv20@gmail.com <br><br> (USAO_00000380) | | |
| 47 | Google 902(11) Certification for account identified as QCCV20 <br><br> (USAO_00016744-16747) | | |
| 48 | Google Subscriber Information for fico911@gmail.com <br><br> (USAO_00000381-385) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 49 | Google 902(11) Certification for account identified as FICO911 <br><br> (USAO_00016748-16752) | | |
| 50 | AT&T Records Key <br><br> (USAO_00000395-403) | | 4/29/24 Dkt. 238 |
| 51 | AT&T Mobility call logs for phone no. (858) XXX-4488 between 03/13/2020 and 03/24/2020 <br><br> (USAO_00002614-2638; USAO_00016324-16351) | | 4/29/24 Dkt. 238 |
| 52 | Intentionally Left Blank | | |
| 53 | Intentionally Left Blank | | |
| 54 | AT&T Mobility Data Usage for phone no. (858) xxx-4488 between 03/13/2020 and 03/24/2020 <br><br> (USAO_00004948-4965; USAO_00016514-16575) | | 4/29/24 Dkt. 238 |
| 55 | AT&T Mobility SMS logs for phone no. (858) xxx-4488 between 03/13/2020 and 03/24/2020 <br><br> (USAO_00005504-5508; USAO_00016604-16609) | | 4/29/24 Dkt. 238 |
| 56 | Payment information for Billing Acct# 33712980XXXX for cell phone no. (858) XXX-4488 from 03/04/2020 through 03/11/2020 <br><br> (USAO_00005510-5511) | | 4/29/24 Dkt. 238 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 57 | Wireless Subscriber Information for Acct# 33712980XXXX for cell phone no. (858) XXX-4488<br><br>(USAO_00005512-5514) | | 4/29/24 Dkt. 238 |
| 58 | AT&T International call logs for phone no. (858) XXX-4488 between 03/10/2020 and 03/23/2020.<br><br>(USAO_00005521; USAO_00016716) | | 4/29/24 Dkt. 238 |
| 59 | AT&T call logs for landline calls from phone no. (858) XXX-4488 between 03/13/2020 and 03/24/2020.<br><br>(USAO_00005763-5765; USAO_00016732-16736) | | 4/29/24 Dkt. 238 |
| 60 | AT&T Mobility call logs for phone no. (949) XXX-4003 between 03/13/2020 and 03/24/2020.<br><br>(USAO_00016612-16616) | | 4/29/24 Dkt. 238 |
| 61 | AT&T Mobility Data Usage for phone no. (949) xxx-4003 between 03/13/2020 and 03/24/2020.<br><br>(USAO_00016659-16701) | | 4/29/24 Dkt. 238 |
| 62 | AT&T Mobility SMS logs for phone no. (949) xxx-4003 between 03/13/2020 and 03/24/2020.<br><br>(USAO_00016707-16708) | | 4/29/24 Dkt. 238 |
| 63 | Wireless Subscriber Information for Acct# 33712980XXXX for cell phone no. (949) XXX-4003.<br><br>(USAO_00016711) | | 4/29/24 Dkt. 238 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 64 | Instagram records for account identified "keithmiddlebrook" generated May 7, 2020<br><br>(USAO_00005993-6009) | | 4/29/24 Dkt. 238 |
| 65 | Instagram records for account identified "456285118" generated March 19, 2020<br><br>(USAO_00006010-6024; USAO_00006040-6054) | | 4/29/24 Dkt. 238 |
| 66 | Instagram records for account identified "keithmiddlebrook" generated March 19, 2020<br><br>(USAO_00006025-6039) | | 4/29/24 Dkt. 238 |
| 67 | Intentionally Left Blank | | |
| 68 | Bank of America March 2020 Statement Signature Card Certified LLC Resolution for KM Legal Power LLC (Acct # x3866)<br><br>(USAO_00015344-15353; USAO_00010405-10406; USAO_00005772-5775) | | 4/29/24 Dkt. 238 |
| 69 | Bank of America March 2020 Statement for KM Legal Power LLC (Acct # x3853)<br><br>(USAO_00015166-15173; USAO_00010192-10193) | | 6/9/22 Dkt. 89 |
| 70 | Bank of America March 2020 Statement for Elite Platinum Portfolio (Account # x8218)<br><br>(USAO_00015475-15476; USAO_00015581-15586) | | 6/9/22 Dkt. 89 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 71 | Bank of America March 2020 Statement for Elite Platinum Portfolio (Account # x7455)<br><br>(USAO_00015466-15473; USAO_00010033-10034) | | 6/9/22 Dkt. 89 |
| 72 | Bank of America March 2020 Statement for Middlebrook Enterprise LCC (Account # x3634)<br><br>(USAO_00014920-14927; USAO_00015477-15478) | | 6/9/22 Dkt. 89 |
| 73 | Bank of America March 2020 Statement for Middlebrook Enterprise LCC (Account # x3650)<br><br>(USAO_00015012-15017; USAO_00015479-15480) | | 6/9/22 Dkt. 89 |
| 74 | Bank of America March 2020 Statement for Fico-911 LLC (Account # x1088)<br><br>(USAO_00014671-14678; USAO_00010782-10783) | | 6/9/22 Dkt. 89 |
| 75 | Bank of America March 2020 Statement for Fico-911 LLC (Account # x1114)<br><br>(USAO_00014779-14784; USAO_00010936-10937) | | 6/9/22 Dkt. 89 |
| 76 | Discover Card Customer Information March & April 2020 Statements for Keith L. Middlebrook (Account # x1570)<br><br>(USAO_00011140; USAO_00011165-11174) | | 6/9/22 Dkt. 89 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 77 | Equifax Credit Report for Keith Middlebrook<br><br>(USAO_00011178-11201) | | 6/9/22 Dkt. 89 |
| 78 | Capital One Bank, N.A. March and April 2020 Statements for Keith Middlebrook (Account # x5524)<br><br>(USAO_00012654-12659) | | 6/9/22 Dkt. 89 |
| 79 | JP Morgan Chase, N.A. March 2020 Transaction History for Middlebrook Productions LLC (Account # 7916)<br><br>(USAO_0005787-5795; USAO_0005797) | | 6/9/22 Dkt. 89 |
| 80 | JP Morgan Chase, N.A. Account Application Correspondence for February and March 2020, Statement Charge for March 2020, Charges, and Transfers for Keith Middlebrook (Account # x8600)<br><br>(USAO_00012667; USAO_00012668-12669; USAO_00012670-12673; USAO_00012677-12678; USAO_00013198-13201) | | 6/9/22 Dkt. 89 |
| 81 | JP Morgan Chase, N.A. Signature Cards and March 2020 Statement for Middlebrook Productions, LLC (Account # x7916)<br><br>(USAO_00012683-12685; USAO_00012846-12847; USAO_00013359-13360) | | 6/9/22 Dkt. 89 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 82 | JP Morgan Chase, N.A. Signature Cards and March 2020 Statement for Middlebrook Productions, LLC (Account # x2679)<br><br>(USAO_00012686-12688; USAO_00013010-13012; USAO_00012973-12974; USAO_00013413-13414) | | 6/9/22 Dkt. 89 |
| 83 | JP Morgan Chase, N.A. Signature Cards (Account # x2399, x5170, x6967, x9253, x9980, x9000, x6914, x2726, x0356, x7916, x8429, x8510, x8940, x9306)<br><br>(USAO_00012981-00013009) | | 6/9/22 Dkt. 89 |
| 84 | JP Morgan Chase, N.A. March 2020 Bank Statement (Account # x2726)<br><br>(USAO_00013118-00013119) | | 6/9/22 Dkt. 89 |
| 85 | JP Morgan Chase, N.A. March 2020 Bank Statement (Account # x0356)<br><br>(USAO_00013192-00013195) | | 6/9/22 Dkt. 89 |
| 86 | US Bank Account Signature Card (Account # x3767)<br><br>(USAO_00015901) | | 6/9/22 Dkt. 89 |
| 87 | US Bank Account Signature Card (Account # x8254)<br><br>(USAO_00013437-00013439) | | 6/9/22 Dkt. 89 |
| 88 | US Bank Account Signature Card (Account # x8262)<br><br>(USAO_00013440-13442) | | 6/9/22 Dkt. 89 |
| 89 | US Bank Account Signature Card (Account # x8775)<br><br>(USAO_00013443-00013445) | | 6/9/22 Dkt. 89 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 90 | US Bank Account Signature Card (Account # x8247)<br><br>(USAO_00013689) | | 6/9/22 Dkt. 89 |
| 91 | First Premier Bank Account Information (Account # x9851, x7999, x7232, x8930)<br><br>(USAO_00015725-00015735) | | 6/9/22 Dkt. 89 |
| 92 | First Premier Bank March 2020 Statement (Account # x7999)<br><br>(USAO_00015833-00015836) | | 6/9/22 Dkt. 89 |
| 93 | First Premier Bank Account Information (Account # x7232)<br><br>(USAO_00015837-00015846) | | 6/9/22 Dkt. 89 |
| 94 | First Premier Bank March 2020 Statement (Account # x9851)<br><br>(USAO_00015891-00015894) | | 6/9/22 Dkt. 89 |
| 95 | Photo Keith Middlebrook from CA DMV<br><br>(USAO_00016812) | | |
| 96 | Text messages between UC and Middlebrook<br><br>(USAO_00000018-33) | | |
| 97 | Log of calls between UC and Middlebrook from 03/18/2020 and 03/25/2020<br><br>(USAO_00000035-36) | | |
| 98 | Cut 01 from MARCH 19, 2020 CALL 1<br><br>(USAO_00005808) | | |
| 99 | Cut 02 from MARCH 19, 2020 CALL 1<br><br>(USAO_00005808) | | |
| 100 | Cut 03 from MARCH 19, 2020 CALL 1<br><br>(USAO_00005808) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101 | Cut 04 from MARCH 19, 2020 CALL 1 (USAO_00005808) | | |
| 102 | Cut 05 from MARCH 19, 2020 CALL 1 (USAO_00005808) | | |
| 103 | Cut 06 from MARCH 19, 2020 CALL 1 (USAO_00005808) | | |
| 104 | Cut 07 from MARCH 19, 2020 CALL 1 (USAO_00005808) | | |
| 105 | Cut 01 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 106 | Cut 02 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 107 | Cut 03 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 108 | Cut 04 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 109 | Cut 05 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 110 | Cut 06 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 111 | Cut 07 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 112 | Cut 08 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 113 | Cut 09 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |
| 114 | Cut 10 from MARCH 19, 2020 CALL 2 (USAO_00005809) | | |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 115 | Cut 01 from MARCH 23, 2020 CALL (USAO_00005811) | | |
| 116 | Cut 02 from MARCH 23, 2020 CALL (USAO_00005811) | | |
| 117 | Cut 03 from MARCH 23, 2020 CALL (USAO_00005811) | | |
| 118 | Cut 04 from MARCH 23, 2020 CALL (USAO_00005811) | | |
| 119 | Cut 05 from MARCH 23, 2020 CALL (USAO_00005811) | | |
| 120 | Cut 06 from MARCH 23, 2020 CALL (USAO_00005811) | | |
| 121 | Cut 01 from MARCH 25, 2020 VIDEO (USAO_00005815) | | |
| 122 | Cut 02 from MARCH 25, 2020 VIDEO (USAO_00005815) | | |
| 123 | Cut 03 from MARCH 25, 2020 VIDEO (USAO_00005815) | | |
| 124 | Cut 04 from MARCH 25, 2020 VIDEO (USAO_00005815) | | |
| 125 | Cut 05 from MARCH 25, 2020 VIDEO (USAO_00005815) | | |
| 126 | Video of defendant posted to Instagram account "keithmiddlebrook" in March 2020 (USAO_00006411) | | 4/29/24 Dkt. 238 |

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 127 | Video of defendant posted to Instagram account "keithmiddlebrook" in March 2020<br><br>(USAO_00006412) | | 4/29/24 Dkt. 238 |
| 128 | Video of defendant posted to Instagram account "keithmiddlebrook" in March 2020<br><br>(USAO_00006413) | | 4/29/24 Dkt. 238 |
| 129 | Video of defendant posted to Instagram account "keithmiddlebrook" in March 2020<br><br>(USAO_00006414) | | 4/29/24 Dkt. 238 |
| 130 | Video of defendant posted to Instagram account "keithmiddlebrook" in March 2020<br><br>(USAO_00006415) | | 4/29/24 Dkt. 238 |
| 131 | Video of defendant posted to Instagram account "keithmiddlebrook" in March 2020<br><br>(USAO_00006416) | | 4/29/24 Dkt. 238 |
| 132 | Cut 07 from MARCH 23, 2020 CALL<br><br>(USAO_00005811) | | |
| 133 | Extraction Report Apple iPhone<br><br>(USAO_00017106-00017113) | | |
| 134 | Text messages to Edward Carlos St. Mary<br><br>(USAO_00017107-00017109) | | |
| 135 | Text messages to Ralph Morgan<br><br>(USAO_00017109-00017110) | | |

15

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 136 | Text messages to Wayne Jefferies<br><br>(USAO_00017110) | | |
| 137 | Text message to Ari Friedman<br><br>(USAO_0001711) | | |
| 138 | Los Angeles County Public Health Announcement | | |
| 139 | Declaration of Nationwide Emergency | | |
| 140 | State of California Stay at Home Order | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

16

| DEFENSE EXHIBIT LIST | | | |
| --- | --- | --- | --- |
| Case Title: U.S.A. v. Keith Lawrence Middlebrook | | | |
| Case No. 2:20-cr-00229-DSF | | | |
| No. of Exhibit | Description | Date Identified | Date Admitted |
| 200 | Acting pictures | 5/8/2024 | 5/8/2024 |
| 201 | Formal event pictures | 5/8/2024 | 5/8/2024 |
| 202 | Jose Canseco | 5/8/2024 | 5/8/2024 |
| 203 | Floyd Mayweather | 5/8/2024 | 5/8/2024 |
| 204 | Trum re-tweets | 5/8/2024 | 5/8/2024 |
| 205 | Picture at Lakers game | 5/8/2024 | 5/8/2024 |
| 206 | Lakers players | 5/8/2024 | 5/8/2024 |
| 207 | 1-sheet | | |
| 208 | Bag of assorted pills | | |
| 209 | Goals & Schedule February 2018 | | |
| 210 | Video at Staples Center | 5/8/2024 | 5/8/2024 |
| 211 | BizFilings Confirmation (USAO_00014091-USAO_00014093). | | |
| 212 | Letter of Authorization - chloroquine phosphate and hydroxychloroquine sulfate | | |
| 213 | Network-based drug repurposing for novel coronavirus 2019-nCoV_SARS-CoV-2 | | |
| 214 | Supplements Summary Recommendations _ COVID-19 Treatment Guidelines. | | |
| 215 | Androgens and COVID-19_ exploring the role of testosterone replacement therapy | | |
| 216 | COVID-19 infection_ the perspectives on immune responses | | |
| 217 | Potential interventions for novel coronavirus | | |
| 218 | Current Strategies of Antiviral Drug Discovery for COVID-19 | | |
| 219 | ROI re Magic Johnson | | |
| 220 | DEA Lab Analysis Request | 5/8/2024 | |
| 221 | Lab Result of 1B1 | | |

| 222 | Lab Details of 1B1 | 5/8/2024 | |
| 223 | Lab Result of 1B2 | 5/8/2024 | |
| 224 | Lab Details of 1B2 | | |
| 225 | Lab Result of 1B3 | | |
| 226 | Lab Details of 1B3 | | |
| 227 | Lab Result of 1B4 | | |
| 228 | Lab Details of 1B4 | | |
| 229 | Lab Result of 1B5 | | |
| 230 | Ahmad Alyasin Contact | 5/8/2024 | 5/8/2024 |
| 231 | Matt Barnes Contact | 5/8/2024 | 5/8/2024 |
| 232 | Jo Benicasa Contact | 5/8/2024 | 5/8/2024 |
| 233 | Jose Canseco Contact | 5/8/2024 | 5/8/2024 |
| 234 | Lee Caplin Contact | 5/8/2024 | 5/8/2024 |
| 235 | Jerry Kaplan Contact | 5/8/2024 | 5/8/2024 |
| 236 | Alan Mandelberg Contact | 5/8/2024 | 5/8/2024 |
| 237 | Floyd Mayweather Contact | 5/8/2024 | 5/8/2024 |
| 238 | Lamar Odom Contact | 5/8/2024 | 5/8/2024 |
| 239 | Lab Result of 1B5 | | |
| 240 | ROI re Wayne Jefferies (04.03.24). | | |
| 241 | ROI re Suzanne Donovan (04.09.24). | | |
| 242 | Gov. Disclosure of Dr. Suzanne Donovan | | |
| 243 | ROI re Ari Friedman (06.04.20) | 5/7/2024 | |
| 244 | ROI re Ralph Morgan (06.16.20) | | |
| 245 | ROI re Ralph Morgan (04.04.24). | | |
| 246 | ROI re Carlos St. Mary (06.16.20) | | |
| 247 | ROI re Carlos St. Mary (04.09.24). | | |
| 248 | Transcript filed as to Defendant Keith Lawrence Middlebrook for proceedings held on 3-27-2020 | | |
| 249 | 3-18-20 - call UCE, Middlebrook, Boling | | |
| 250 | 3-18-20 call UCE, Middlebrook, Boling transcript | 5/8/2024 | |
| 251 | 3-19-20 – 2:45 pm call Middlebrook, UCE | | |
| 252 | 3-19-20 – 2:45 pm call Middlebrook, UCE transcript | | |
| 253 | 3-25-20 video Middlebrook, UCE meet | | |
| 254 | 3-25-20 Middlebrook, UCE meet transcript | | |

| 255 | Plea Agreement in US v Boling | | |
|---|---|---|---|
| 256 | Statement of Offense in US v Boling | 5/8/2024 | |
| 257 | ATT Mobile Call Records | | |
| 258 | Excerpt of Ex. 248 TRANSCRIPT for proceedings held on 3-27-2020 | | |
| 259 | ROI re Dustin Johnston (6.4.20) | | |
| 260 | Madison MacDonald Grand Jury Testimony | | |
| 261 | Notes from 3-12-24 meeting with Dr. Donovan | | |
| 262 | Consensus-Statement-for-Pharmacological-Management-of-Coronavirus | | |
| 263 | Clinical and virologic characteristics of the first 12 patients with COVID-19 in the United States | | |
| 264 | Complaint and Affidavit | 5/8/2024 | |
| 265 | 4 small bag and big bag of pills. | | |
| 266 | Middlebrook and Alyasin Video. | 5/9/2024 | 5/9/2024 |
| 267 | St Mary, Mayweather, Abdulaziz bin Turki Al Saud | | |
| 268 | St Mary and Prince Khalid | | |
| 269 | ATT Records Certification | | |
| 270 | 4 small bag of pills | | |
| 271 | Clip from Ex. 249 (16.39 - 16.46) | | |
| 272 | Transcript for Ex. 271 | | |
| 273 | Clip from Ex. 249 (17.13 - 17.23) | | |
| 274 | Transcript for Ex. 273 | | |
| 275 | Clip from Ex. 249 (47.11 - 47.22) | | |
| 276 | Transcript for Ex. 275 | 5/7/2024 | |
| 277 | Clip from Ex. 251 (1.41 - 2.02) | | |
| 278 | Transcript for Ex. 277 | | |
| 279 | Clip from Ex. 251 (3.48 - 4.27) | | |
| 280 | Transcript for Ex. 279 | 5/7/2024 | |
| 281 | Clip from Ex. 253 (10.15 - 10.21) | | |
| 282 | Transcript for Ex. 281 | 5/7/2024 | |
| 283 | Clip from Ex. 253 (10.41 - 10.51) | | |
| 284 | Transcript for Ex. 283 | | |
| 285 | Shaquille O'Neal Contact | 5/8/2024 | 5/8/2024 |
| 286 | Dave Patterson Contact | 5/8/2024 | 5/8/2024 |
| 287 | Sean Roberts Contact | 5/8/2024 | 5/8/2024 |

| 288 | **John Salley Contact** | 5/8/2024 | 5/8/2024 |
|-----|-------------------------|----------|----------|
| 289 | **Larry Stockett Contact** | 5/8/2024 | 5/8/2024 |
| 290 | **Gerald Toliver Contact** | 5/8/2024 | 5/8/2024 |
| 291 | **Jim Weatherly Contact** | 5/8/2024 | 5/8/2024 |
| 292 | **Clip from Ex. 251 (3.38 - 3.47)** | | |
| 293 | **Transcript for Ex. 292** | | |
| 294 | **Dustin Johnston Message** | | |
| 295 | **Clip from Ex. 249 (18.30 - 18.45)** | | |
| 296 | **Transcript for Ex. 295** | 5/7/2024 | |
| 297 | **Excerpt of Ex. 248 TRANSCRIPT for proceedings held on 3-27-2020** | 5/8/2024 | |
| 298 | **Magic Johnson 05.03.24 ROI** | 5/8/2024 | |
| 299 | **Intentionally left blank** | | |
| 300 | **Intentionally left blank** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |