**LAW OFFICES OF STEIN AND MARKUS PLC**
Andrew M. Stein, SBN 82963
Joseph A. Markus, SBN 113802
9944 Flower Street
Bellflower, California 90706
Telephone: (562) 866-9762
Facsimile: (562) 867-3603
E-mail: steinandmarkus@gmail.com

Attorneys for Defendant
KEITH MIDDLEBROOK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH MIDDLEBROOK,<br><br>Defendant. | Case No. 20-CR-00229-DSF<br><br>**DEFENDANT KEITH MIDDLEBROOK'S OBJECTIONS TO THE PRESENTENCE REPORT** |

Defendant KEITH MIDDLEBROOK, by and through his counsel of record, hereby respectfully submits his objections to the Presentence Report (PSR) disclosed on November 25, 2024. KEITH MIDDLEBROOK will file a detailed sentencing position before his sentencing hearing scheduled for January 6, 2025.

OBJECTIONS TO PRESENTENCE REPORT

## The Offense Conduct

The defendant still maintains his innocence and denies any fraudulent or criminal intent.

## Victim Impact

There we no actual "victims" in this case, and there were no pecuniary losses.

## Offense Level Computation:

**Paragraph 49:  Specific offense characteristics:** Pursuant to USSG § 2B1.1(b)(1), if the loss exceeded $6,500, the offense level is increased in accordance with the total amount of the loss.  Where the total amount of the loss is more than $3,500,000 but less than $9,5000,000, and eighteen-level increase is applied.  USSG § 2B1.1(b)(1)(J).  Notes to Table at USSG § 2B1.1(b)(1) defines loss as the greater of actual loss or intended loss.  See notes to Table (A).  Here, while the actual loss is unknown, it appears that Middlebrook solicited a $400,000 investment from the UCE as in text messages on March 19, 2020, Middlebrook requested that $400,000 be wired to Middlebrook's JP Morgan Chase Bank Account.  In a subsequent text message to the UCE, Middlebrook requested payment of $400,000 in chase to secure the UCE's investment.  In addition, Middlebrook sent text messages to victim-investors W.J., A.F., R.M., and E.S. seeking an investment of at least $1,000,000 per individual.  Accordingly, since the intended loss of $4,400,000 is greater than $3,500.000 but less than $9,500,000, an eighteen-level increase has been applied.

The defendant believes that the eighteen-level increase overstates his conduct and maintains that if the people actually invested, they would have made a profit, so there would have been no actual loss.

Dated: December 16, 2024          Respectfully Submitted,

                                            LAW OFFICES OF STEIN AND MARKUS PLC

                                            By:/s/ _____
                                            Andrew M. Stein,
                                            Attorney for KEITH MIDDLEBROOK.