# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – SENTENCING AND JUDGMENT HEARING

| | | | |
|---|---|---|---|
| Case No. | CR 20-00229-DSF-1 | Date | January 6, 2025 |

| | |
|---|---|
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** |
| Interpreter | N/A |

| Estella Orozco | Suzanne McKennon | Joseph S. Guzman<br>Kenneth R. Carbajal |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Keith Lawrence Middlebrook | √ | | √ | Andrew M. Stein | √ | | √ |

**Proceedings:** SENTENCING AND JUDGMENT HEARING (Held and Completed)
☒ Non-Evidentiary   ☐ Contested

- √   Refer to separate Judgment & Probation/Commitment Order.

- ___   The Court grants the Government's motion to dismiss all remaining count(s)/underlying indictment/information.

- √   Defendant informed of right to appeal.

- √   Bond exonerated.

- √   Other: Defendant's Motion for Judgment of Acquittal and Renewal of Mid-Trial Motion for Judgment of Acquittal [285] and Motion for New Trial [286] are denied; a written order will follow.